OPINIONS PER CURIAM, ETC., FROM FEBRUARY 25,
TO MAY 4, 1908.

No. 445. THE UNITED STATES LIFE INSURANCE COMPANY IN
THE CITY OF NEW YORK, PLAINTIFF IN ERROR, *v.* HARRY
SPINKS. In error to the Court of Appeals of the State of Kentucky. Motion to dismiss submitted February 24, 1908. Decided March 2, 1908. *Per Curiam.* Dismissed for the want of
jurisdiction. *Mr. William Marshall Bullitt, Mr. Charles E.
Patterson* and *Mr. John G. Carlisle* for plaintiff in error. *Mr.
J. H. Hazelrigg* for defendant in error.

---

No. 560. NORTHWESTERN ELEVATED RAILROAD COMPANY,
PLAINTIFF IN ERROR, *v.* PEABODY COAL COMPANY ET AL. In
error to the Supreme Court of the State of Illinois. Motion
to dismiss or affirm submitted February 24, 1908. Decided
March 2, 1908. *Per Curiam.* Dismissed for the want of jurisdiction. *Mr. Clarence A. Knight* for plaintiff in error. *Mr.
Horace Kent Tenney* for defendants in error.

---

No. 151. JOHN BOYD, PLAINTIFF IN ERROR, *v.* THE STATE OF
TEXAS. In error to the Court of Criminal Appeals of the State
of Texas. Submitted March 5, 1908. Decided March 9, 1908.
*Per Curiam.* Writ of error dismissed for the want of jurisdiction. *Leeper* v. *Texas*, 139 U. S. 462; *Duncan* v. *Missouri*, 152
U. S. 377, 382; *Gibson* v. *Mississippi*, 162 U. S. 565, 590; *Allen*
v. *Georgia*, 166 U. S. 138; *Brown* v. *New Jersey*, 175 U. S. 172;
*Layton* v. *Missouri*, 187 U. S. 356; *Rogers* v. *Peck*, 199 U. S. 425;
case below, 96 S. W. Rep. 1079. *Mr. H. M. Garwood* for plaintiff in error. *Mr. Robert Vance Davidson* for defendant in error.